**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**BRIAN VAUGHN, GEOFF BENNETT,
TAMMY BACMEISTER, and JERRY
BACMEISTER, individually and on behalf
of others similarly situated employees,**

        Plaintiffs,

**v.**                                                                                     Case No.**: 3:05-cv-105-J-16TEM**

**OAK STREET MORTGAGE, LLC,**

        Defendant.
_____ /

**ORDER TRANSFERRING CASE**

After a review of the file, it appears that the issues in the instant case are the same or similar to those in Rodney Epps et al v. Oak Street Mortgage, case no. 5:04-cv-46-OC-10GRJ. Therefore, pursuant to Local Rule 1.04(b), this case is **TRANSFERRED** to the Honorable Wm. Terrell Hodges with his consent.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, this  30th  day of June, 2005.

_____
JOHN H. MOORE II
United States District Judge

*Copies to:*
    *Counsel of Record*